STATE of Missouri,
Plaintiff/Respondent,

v.

Judge JOHNSON, Defendant/Appellant.

Judge JOHNSON, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 59615, 60757.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 4, 1992.

John Klosterman, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

PER CURIAM.

In this jury-tried case, defendant appeals his conviction of rape and the motion court's denial of his Rule 29.15 motion. However, defendant's brief does not include any points relied on or argument relating to the denial. Therefore, his appeal of the 29.15 motion is considered abandoned.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

STATE of Missouri,
Plaintiff/Respondent,

v.

Arthur HOWELL, Defendant/Appellant.

No. 60655.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 4, 1992.

John Klosterman, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of possession of a controlled substance. We affirm. We have reviewed the record and find the claims of error are without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rules 30.25(b).